IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR − 8 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.:  3:14-CR-049-N |
| | § | |
| JAVIER EBERT LOPEZ-MONTELONGO | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Javier Ebert Lopez-Montelongo, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure,  and entered a plea of guilty to Count(s) 1 of the Indictment on February 4, 2014.  After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I also determined that Defendant knowingly and voluntarily waived his right to object to this recommendation concerning his plea of guilty.  I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   April 8, 2014.

_____
UNITED STATES MAGISTRATE JUDGE